IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01999-PAB-SKC

ADVANCE COLORADO, a Colorado non-profit,
GEORGE HANKS "HANK" BROWN, an individual,
STEVEN WARD, an individual,
CODY DAVIS, an individual,
JERRY SONNENBERG, an individual, and
CARRIE GEITNER, an individual,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State of Colorado, and
JARED POLIS, in his official capacity as Governor of Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    The preliminary injunction hearing is set for **Wednesday, August 30, 2023**, beginning at **9:00 a.m.** Each side will be given two hours and 15 minutes cumulatively to conduct both its direct examinations and cross-examinations. The Court will keep track of each side's time. If, for instance, one side uses two hours and 15 minutes to conduct its direct examinations, it will have no time left to cross-examine the opposing side's witnesses. Each side will have 20 minutes for legal argument on the preliminary injunction motion.

    There will be a 15-minute break at approximately 10:30 a.m. and 3:00 p.m. A lunch break will be taken from 12:00 p.m. until 1:15 p.m.

    The Court notes that some of the parties' proposed testimony does not appear to have relevance to the issues presented in the preliminary injunction motion, including the proposed testimony of Michael Fields, Senator George Hanks Brown, Representative Chris deGruy Kennedy, and Scott Wasserman. Nevertheless, the parties may call these witnesses if they wish, subject to objection by the other side.

    It is therefore

**ORDERED** that the Court will hold a preliminary injunction hearing on **August 30, 2023**, beginning at 9:00 a.m.  It is further

**ORDERED** that on or before Monday, August 28, 2023 at 5:00 p.m., the parties shall submit exhibit lists and witness lists, using the form found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonPhilipABrimmer.  It is further

**ORDERED** that on or before Monday, August 28, 2023 at 5:00 p.m., the parties shall exchange exhibits and submit the exhibits to the Court electronically.

DATED August 22, 2023.